# EXHIBIT A

 **WFG** National Title Company
a Williston Financial Group company

## PRELIMINARY REPORT

**Title Contact Information:**
**WFG National Title Company of California**
**18881 Von Karman Avenue Suite 500**
**Irvine, CA 92612**
**Phone: (949) 430-3722**
**E-mail: titleunltoc@wfgtitleco.com**

**Title Officer:  Jan Vaccaro**

**Vision Escrow**
**Tanya Johnson**
**7340 Firestone Boulevard, Suite 280**
**Downey, CA 90241**

**Order No.:  19-300936**

**Property Address:**
**1406 West 106th Street**
**(Los Angeles Area), CA 90047**

**APN:  6059-015-012**

In response to the above referenced application for a policy of title insurance, WFG National Title Insurance Company hereby reports that it is prepared to issue, or cause to be issued, as of the date hereof, a Policy or Policies of Title Insurance of describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien, or encumbrance not shown or referred to as an Exception below or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations of said Policy forms.

The printed Exceptions and Exclusions from the coverage and Limitations on Covered Risks of said policy or policies are set forth in Exhibit One attached.  The policy to be issued may contain an arbitration clause. When the Amount of Insurance is less than that set forth in the arbitration clause, all arbitrable matters shall be arbitrated at the option of either the Company or the Insured as the exclusive remedy of the parties.  Limitations on Covered Risks applicable to the CLTA and ALTA Homeowner's Policies of Title Insurance which establish a Deductible Amount and a Maximum Dollar Limit of Liability for certain coverages are also set forth in Exhibit One.  Copies of the policy forms should be read.  They are available from the office which issued this report.

**Please read the exceptions shown or referred to below and the exceptions and exclusions set forth in Exhibit One of this report carefully.  The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of the title insurance policy and should be carefully considered.**

It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects, and encumbrances affecting title to the land.  This report (and any supplements or amendments hereto) is issued solely for the purpose of facilitating the issuance of a policy of title insurance and no liability is assumed hereby. If it is desired that liability be assumed prior to the issuance of a policy of title insurance, a Binder or Commitment should be requested.

The form of policy or policies of title insurance contemplated by this report is/are:

**ALTA® Ext Loan Policy (06-17-06)**

**Issued by WFG National Title Insurance Company**

Dated as of: **May 21, 2019 at 7:30 am**

The estate or interest in the land hereinafter described or referred to covered by this Report is:

**A Fee**

Title to said estate or interest at the date hereof is vested in:

**Veronica Steele, an unmarried woman**

view image

The land referred to in this report is situated in the State of California, County of Los Angeles, and is described as follows:

**SEE ATTACHED EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

## EXHIBIT "A"
## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 29 OF TRACT NO. 2754, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 33, PAGE 59 OF MAPS, THE OFFICE OF THE LOS ANGELES COUNTY RECORDER.

APN:    6059-015-012

Order No.: 19-300936

At the date hereof exception to coverage in addition to the printed Exceptions and Exclusions in said policy form would be as follows:

1a.    General and special taxes and assessments for the fiscal year 2019 - 2020, a lien not yet due or payable.

1b.    General and County taxes, including any personal property taxes and any assessments collected with taxes, for the fiscal year 2018 - 2019:

| | |
|---|---|
| 1st Installment: | $789.49 (due November 1, 2018) Delinquent |
| Penalty: | $78.94, due after December 10, 2018 |
| 2nd Installment: | $789.48 (due February 1, 2019) Delinquent |
| Penalty: | $88.94, due after April 10, 2019 |
| APN No.: | 6059-015-012 View Taxes |
| Code Area: | 01220 |

1c.    Said property has been declared tax defaulted for non-payment of delinquent taxes for the fiscal year 2016-2017 and subsequent years, if any.

Parcel No.:             6059-015-012 View Taxes

Amounts to redeem for the above stated fiscal year (and subsequent years, if any) are:

| | |
|---|---|
| Amount: | $4,239.85 |
| By: | June 30, 2019 |

1d.    The lien of supplemental taxes, if any, assessed pursuant to Chapter 3.5 commencing with Section 75 of the California Revenue and Taxation Code.

1e.    Assessments, for community facility districts, if any, affecting said land which may exist by virtue of assessment maps or notices filed by said districts.

1f.    The liens of bonds and assessments liens, if applicable, collected with the general and special taxes.

2.      Covenants, conditions, or restrictions, if any, appearing in the Public Records.

3.      Any easements or servitudes appearing in the Public Records.

4.      Any lease, grant, exception, or reservation of minerals or mineral rights or other subsurface substances appearing in the Public Records.

5.      A deed of trust to secure an indebtedness in the amount shown below, and any other obligations secured thereby :

| | |
|---|---|
| Amount: | $150,000.00 |
| Dated: | June 15, 2006 |
| Trustor: | Theodore Steele |
| Trustee: | Theodore Steele |
| Lender: | Fareed Nassor |
| Recorded: | March 23, 2007 |
| Instrument No.: | 20070671034, of Official Records. |

To avoid delays at time of closing, please submit the original note and deed of trust together with a properly executed Substitution of Trustee and Full Reconveyance to this office, at least one week prior to the close of escrow.

6.    A certified copy of a judgment for child, family or spousal support:

|  |  |
|---|---|
| Court: | Superior Court of California, County of Orange |
| Case No.: | 00FL002106 |
| Debtor: | Veronica Steele |
| Creditor: | Orange County District Attorney |
| Recorded: | July 13, 2001 |
| Instrument No.: | 01-1219675, of Official Records. |

## END OF EXCEPTIONS

# REQUIREMENTS

Req. No. 1.     Statements of information from all parties to the transaction.

Req. No. 2.     A deed from the spouse of Veronica Steele if any, or any married vestee herein be recorded in the public records, or the joinder of the spouse of any married vestee named herein on any conveyance, encumbrance or lease to be executed by the vestee.

The deed should contain the following statement:

It is the express intent of the grantor, being the spouse of the grantee, to convey all right, title and interest of the grantor, community or otherwise, in and to the herein described property to the grantee as his/her sole and separate property.

# NOTES

This report does not reflect requests for notice of default, requests for notice of delinquency, subsequent transfers of easements, and similar matters not germane to the issuance of the policy of title insurance anticipated hereunder.

Note 1:  If this company is requested to disburse funds in connection with this transaction, Chapter 598 of 1989 Mandates of the California Insurance Code requires hold periods for checks deposited to escrow or sub-escrow accounts. Such periods vary depending upon the type of check and anticipated methods of deposit should be discussed with the escrow officer.

Note 2:  No endorsement issued in connection with the policy and relating to covenants, conditions or restrictions provides coverage for environmental protection.

Note 3:  Special recordings: Due to a severe budget shortfall, many county recorders have announced that severe limitations will be placed on the acceptance of "special recordings."

Note 4:  Homeowners association: if the property herein described is subject to membership in a homeowners association, it will become necessary that we be furnished a written statement from the said homeowners association of which said property is a member, which provides that all liens, charges and/or assessments levied on said land have been paid. Said statement should provide clearance up to and including the time of closing. In order to avoid unnecessary delays at the time of closing, we ask that you obtain and forward said statement at your earliest convenience.

Note 5:  Demands: This Company requires that all beneficiary demands be current at the time of closing. If the demand has expired and a current demand cannot be obtained it may be necessary to hold money whether payoff is made based on verbal figures or an expired demand.

Note 6:  Line of credit payoffs: If any deed of trust herein secures a line of credit, we will require that the account be frozen and closed and no additional advances be made to the borrower. If the beneficiary is unwilling to freeze the account, we will require you submit to us all unused checks, debit vouchers, and/or credit cards associated with the loan along with a letter (affidavit) signed by the trustor stating that no additional advances will be made under the demand line. If neither of the above is possible, it will be necessary to hold any difference between the demand balance and the maximum available credit.

Note 7:  Maps: The map attached hereto may or may not be a survey of the land depicted thereon. You should not rely upon it for any purpose other than orientation to the general location of the parcel or parcels depicted. WFG National Title Company of California expressly disclaims any liability for alleged loss or damages which may result from reliance upon this map.

Note 8:  In the event of cancellation or if the transaction has not closed within 90 days from the date hereof, the rate imposed and collectable shall be a minimum of $360.00, pursuant to Section 12404 of the Insurance code, unless other provisions are made.

Note 9:  A Preliminary Change of Ownership Report (PCOR) must be filed with each conveyance in the County Recorder's office for the county where the property is located. If a document evidencing a change in ownership is presented to the Recorder for recordation without the concurrent filing of a PCOR, the Recorder may charge an additional recording fee of twenty dollars ($20). State law also provides for a penalty of be levied if the Change of Ownership Report is not returned to the Assessor within a timely filing period. The penalty for failure to file a Change in Ownership Statement is $100 or 10% of the new tax bill, whichever is greater, but not to exceed $2,500.

Note 10:  As to any and all covenants and restrictions set forth herein, the following is added: "but omitting any covenant, condition or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, sexual orientation, familial status, disability, handicap, national origin, genetic information, gender, gender identity, gender expression, marital status, source of income (as defined in subdivision (p) of Section 12955), or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government Code, to the extent such covenants, conditions or restrictions violate Title 42, Section 3604(c), of the United States Codes or Section 12955 of the California Government Code. Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status."

Note 11:    Due to current conflicts or potential conflicts between state and federal law, which conflicts may
extend to local law, regarding marijuana, if the transaction to be insured involves property which is
currently used or is to be used in connection with a marijuana enterprise, including but not limited to
the cultivation, storage, distribution, transport, manufacture, or sale of marijuana and/or products
containing marijuana, the Company declines to close or insure the transaction, and this Preliminary
Title Report shall automatically be considered null and void and of no force and effect.

Note 12:    This report is preparatory to the issuance of an ALTA Loan Policy. We have no knowledge of any fact
which would preclude the issuance of the policy with CLTA Endorsement forms 100, 116 or 116.01
and if applicable, 115 and 116.02 attached.

When issued, the CLTA endorsement form 116, 116.01 or 116.02, if applicable will reference
**Multi Family Residence**

known as
**1406 West 106th Street, City of (Los Angeles Area), County of Los Angeles, California**

Note 13:    The only conveyances affecting said land which recorded within twenty-four (24) months of the date
of this report are:

None of Record

### Exhibit One (Rev. 06-15-14)
### CLTA STANDARD COVERAGE POLICY—1990 (4-8-14)
### EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1.  (a) Any law, ordinance or governmental regulation (including but not limited to building or zoning laws, ordinances, or regulations) restricting, regulating, prohibiting or relating (i) the occupancy, use, or enjoyment of the land; (ii) the character, dimensions or location of any improvement now or hereafter erected on the land; (iii) a separation in ownership or a change in the dimensions or area of the land or any parcel of which the land is or was a part; or (iv) environmental protection, or the effect of any violation of these laws, ordinances or governmental regulations, except to the extent that a notice of the enforcement thereof or a notice of a defect, lien, or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.
    (b) Any governmental police power not excluded by (a) above, except to the extent that a notice of the exercise thereof or notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.

2.  Rights of eminent domain unless notice of the exercise thereof has been recorded in the public records at Date of Policy, but not excluding from coverage any taking which has occurred prior to Date of Policy which would be binding on the rights of a purchaser for value without knowledge.

3.  Defects, liens, encumbrances, adverse claims or other matters:

    (a) whether or not recorded in the public records at Date of Policy, but created, suffered, assumed or agreed to by the insured claimant;
    (b) not known to the Company, not recorded in the public records at Date of Policy, but known to the insured claimant and not disclosed in writing to the Company by the insured claimant prior to the date the insured claimant became an insured under this policy;
    (c) resulting in no loss or damage to the insured claimant;
    (d) attaching or created subsequent to Date of Policy; or
    (e) resulting in loss or damage which would not have been sustained if the insured claimant had paid value for the insured mortgage or for the estate or interest insured by this policy.

4.  Unenforceability of the lien of the insured mortgage because of the inability or failure of the insured at Date of Policy, or the inability or failure of any subsequent owner of the indebtedness, to comply with the applicable doing business laws of the state in which the land is situated.

5.  Invalidity or unenforceability of the lien of the insured mortgage, or claim thereof, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law.

6.  Any claim, which arises out of the transaction vesting in the insured the estate of interest insured by this policy or the transaction creating the interest of the insured lender, by reason of the operation of federal bankruptcy, state insolvency or similar creditors' rights laws.

### EXCEPTIONS FROM COVERAGE—SCHEDULE B, PART I

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:

1.  Taxes or assessments which are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the public records.

    Proceedings by a public agency which may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the public records.

2.  Any facts, rights, interests, or claims which are not shown by the public records but which could be ascertained by an inspection of the land which may be asserted by persons in possession thereof.

3.  Easements, liens or encumbrances, or claims thereof, which are not shown by the public records.

4.  Discrepancies, conflicts in boundary lines, shortage in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by the public records.

5.  (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b) or (c) are shown by the public records.

6.  Any lien or right to a lien for services, labor or material not shown by the public records.

## CLTA/ALTA HOMEOWNER'S POLICY OF TITLE INSURANCE (12-02-13)
### EXCLUSIONS

In addition to the Exceptions in Schedule B, You are not insured against loss, costs, attorneys' fees, and expenses resulting from:

1. Governmental police power, and the existence or violation of those portions of any law or government regulation concerning:

   (a) building;

   (b) zoning;

   (c) land use;

   (d) improvements on the Land;

   (e) land division; and

   (f) environmental protection.

   This Exclusion does not limit the coverage described in Covered Risk 8.a., 14, 15, 16, 18, 19, 20, 23 or 27.

2. The failure of Your existing structures, or any part of them, to be constructed in accordance with applicable building codes. This Exclusion does not limit the coverage described in Covered Risk 14 or 15.

3. The right to take the Land by condemning it. This Exclusion does not limit the coverage described in Covered Risk 17.

4. Risks:

   (a) that are created, allowed, or agreed to by You, whether or not they are recorded in the Public Records;

   (b) that are Known to You at the Policy Date, but not to Us, unless they are recorded in the Public Records at the Policy Date;

   (c) that result in no loss to You; or

   (d) that first occur after the Policy Date - this does not limit the coverage described in Covered Risk 7, 8.e., 25, 26, 27 or 28.

5. Failure to pay value for Your Title.

6. Lack of a right: (a) to any land outside the area specifically described and referred to in paragraph 3 of Schedule A; and (b) in streets, alleys, or waterways that touch the Land. This Exclusion does not limit the coverage described in Covered Risk 11 or 21.

7. The transfer of the Title to You is invalid as a preferential transfer or as a fraudulent transfer or conveyance under federal bankruptcy, state insolvency, or similar creditors' rights laws.

8. Contamination, explosion, fire, flooding, vibration, fracturing, earthquake or subsidence.

9. Negligence by a person or an Entity exercising a right to extract or develop minerals, water, or any other substances.

### LIMITATIONS ON COVERED RISKS

Your insurance for the following Covered Risks is limited on the Owner's Coverage Statement as follows:

- For Covered Risk 16, 18, 19, and 21 Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.

The deductible amounts and maximum dollar limits shown on Schedule A are as follows:

|  | Your Deductible Amount | Our Maximum Dollar Limit of Liability |
|---|---|---|
| Covered Risk 16: | 1% of Policy Amount Shown in Schedule A or $2,500 (whichever is less) | $10,000.00 |
| Covered Risk 18: | 1% of Policy Amount Shown in Schedule A or $5,000 (whichever is less) | $25,000.00 |
| Covered Risk 19: | 1% of Policy Amount Shown in Schedule A or $5,000 (whichever is less) | $25,000.00 |
| Covered Risk 21: | 1% of Policy Amount Shown in Schedule A or $2,500 (whichever is less) | $ 5,000.00 |

### 2006 ALTA LOAN POLICY (06/17/06))
### EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1. (a) Any law, ordinance or governmental regulation (including those relating to building and zoning) restricting, regulating, prohibiting or relating to
      (i)    the occupancy, use, or enjoyment of the Land;
      (ii)   the character, dimensions or location of any improvement erected on the Land;
      (iii)  the subdivision of land; or
      (iv)   environmental protection,
      or the effect of any violation of these laws, ordinances or governmental regulations. This Exclusion 1(a) does not modify or limit the coverage provided under Covered Risk 5.

     (b)    Any governmental police power. This Exclusion 1(b) does not modify or limit the coverage provided under Covered Risk 6.

2.    Rights of eminent domain. This Exclusion does not modify or limit the coverage provided under Covered Risk 7 or 8.

3.    Defects, liens, encumbrances, adverse claims or other matters:
    (a)    created, suffered, assumed or agreed to by the Insured Claimant;
    (b)    not Known to the Company, not recorded in the public records at Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an insured under this policy;
    (c)    resulting in no loss or damage to the Insured Claimant;
    (d)    attaching or created subsequent to Date of Policy (however, this does not modify or limit the coverage provided under Covered Risk 11,13, or 14); or
    (e)    resulting in loss or damage that would not have been sustained if the Insured Claimant had paid value for the Insured Mortgage.

4.    Unenforceability of the lien of the Insured Mortgage because of the inability or failure of the Insured to comply with applicable doing-business laws of the state in which the land is situated.

5.    Invalidity or unenforceability in whole or in part of the lien of the Insured Mortgage that arises out of the transaction evidenced by the Insured Mortgage and is based upon usury or any consumer credit protection or truth in lending law.

6.    Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that the transaction creating the lien of the Insured Mortgage, is
    (a)    a fraudulent conveyance or fraudulent transfer, or
    (b)    a preferential transfer for any reason not stated in covered Risk 13(b) of this policy..

7.    Any lien on the Title for real estate taxes or assessments imposed by governmental authority and created or attaching between Date of Policy and the date of recording of the Insured Mortgage in the Public Records. This Exclusion does not modify or limit the coverage provided under covered Risk 11(b).

The above policy form may be issued to afford either Standard Coverage or Extended Coverage. In addition to the above Exclusions from Coverage, the Exceptions from Coverage in a Standard Coverage policy will also include the following Exceptions from Coverage:

## EXCEPTIONS FROM COVERAGE

Except as provided in Schedule B - Part II, this policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:
### PART 1

1.    (a)    Taxes or assessments that are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the Public Records;

    (b)    Proceedings by a public agency that may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the Public Records.

2.    Any facts, rights, interests or claims that are not shown by the Public Records but that could be ascertained by an inspection of the Land or that may be asserted by persons in possession of the Land.

3.    Easements, liens or encumbrances, or claims thereof, not shown by the Public Records.

4.    Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records.

5.    (a)    Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b) or (c) are shown by the Public Records

6.    Any lien or right to a lien for services, labor or material not shown by the Public Records.

### PART II

In addition to the matters set forth in Part I of this Schedule, the Title is subject to the following matters, and the Company insures against loss or damage sustained in the event that they are not subordinate to the lien of the Insured Mortgage:]

## 2006 ALTA OWNER'S POLICY (06/17/06)
## EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1.    (a)    Any law, ordinance or governmental regulation (including those relating to building and zoning) restricting, regulating, prohibiting or relating to
    (i) the occupancy, use, or enjoyment of the Land;
    (ii) the character, dimensions or location of any improvement erected on the Land;
    (iii) the subdivision of land; or
    (iv) environmental protection;
    or the effect of any violation of these laws, ordinances or governmental regulations. This Exclusion 1(a) does not modify or limit the coverage provided under Covered Risk 5.
    (b)    Any governmental police power. This Exclusion 1(b) does not modify or limit the coverage provided under Covered Risk 6.

2.    Rights of eminent domain. This Exclusion does not modify or limit the coverage provided under Covered Risk 7 or 8.

3.    Defects, liens, encumbrances, adverse claims or other matters:

    (a)    created, suffered, assumed or agreed to by the Insured Claimant;

        b)      not Known to the Company, not recorded in the public records at Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an insured under this policy;

c)      resulting in no loss or damage to the Insured Claimant;

        (d)     attaching or created subsequent to Date of Policy (however, this does not modify or limit the coverage provided under Covered Risk 9 and 10); or

        (e)     resulting in loss or damage that would not have been sustained if the Insured Claimant had paid value for the Title.

4.      Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that the transaction vesting the Title as shown in Schedule A, is

        (a)     a fraudulent conveyance or fraudulent transfer, or

        (b)     a preferential transfer for any reason not stated in covered Risk 9 of this policy..

5.      Any lien on the Title for real estate taxes or assessments imposed by governmental authority and created or attaching between Date of Policy and the date of recording of the deed or other instrument of transfer in the Public Records that vests Title as shown in Schedule A.

The above policy form may be issued to afford either Standard Coverage or Extended Coverage. In addition to the above Exclusions from Coverage, the Exceptions from Coverage in a Standard Coverage policy will also include the following Exceptions from Coverage:

## EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage and the Company will not pay costs, attorneys' fees or expenses which arise by reason of:

1.      (a)     Taxes or assessments that are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the Public Records;

      (b)     Proceedings by a public agency that may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the Public Records.

2.      Any facts, rights, interests or claims that are not shown by the Public Records but that could be ascertained by an inspection of the Land or that may be asserted by persons in possession of the Land.

3.      Easements, liens or encumbrances, or claims thereof, not shown by the Public Records.

4.      Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records.

5.      (a)     Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b) or (c) are shown by the Public Records.

6.      Any lien or right to a lien for services, labor or material not shown by the Public Records.

7.      Variable exceptions such as taxes, easements, CC&R's, etc. shown here.

## ALTA EXPANDED COVERAGE RESIDENTIAL LOAN POLICY (12-02-13)
## EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1.    (a)    Any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) restricting, regulating, prohibiting, or relating to
   - (i)    the occupancy, use, or enjoyment of the Land;
   - (ii)    the character, dimensions, or location of any improvement erected on the Land;
   - (iii)    the subdivision of land; or
   - (iv)    environmental protection;

   or the effect of any violation of these laws, ordinances, or governmental regulations. This Exclusion 1(a) does not modify or limit the coverage provided under Covered Risk 5, 6, 13(c), 13(d), 14 or 16.
   - (b)    Any governmental police power. This Exclusion 1(b) does not modify or limit the coverage provided under Covered Risk 5, 6, 13(c), 13(d), 14 or 16.
2.    Rights of eminent domain. This Exclusion does not modify or limit the coverage provided under Covered Risk 7 or 8.
3.    Defects, liens, encumbrances, adverse claims, or other matters
   - (a)    created, suffered, assumed, or agreed to by the Insured Claimant;
   - (b)    not Known to the Company, not recorded in the Public Records at Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an Insured under this policy;
   - (c)    resulting in no loss or damage to the Insured Claimant;
   - (d)    attaching or created subsequent to Date of Policy (however, this does not modify or limit the coverage provided under Covered Risk 11, 16, 17, 18, 19, 20, 21, 22, 23, 24, 27 or 28); or
   - (e)    resulting in loss or damage that would not have been sustained if the Insured Claimant had paid value for the Insured Mortgage.
4.    Unenforceability of the lien of the Insured Mortgage because of the inability or failure of an Insured to comply with applicable doing-business laws of the state where the Land is situated.
5.    Invalidity or unenforceability in whole or in part of the lien of the Insured Mortgage that arises out of the transaction evidenced by the Insured Mortgage and is based upon usury, or any consumer credit protection or truth-in-lending law. This Exclusion does not modify or limit the coverage provided in Covered Risk 26.
6.    Any claim of invalidity, unenforceability or lack of priority of the lien of the Insured Mortgage as to Advances or modifications made after the Insured has Knowledge that the vestee shown in Schedule A is no longer the owner of the estate or interest covered by this policy. This Exclusion does not modify or limit the coverage provided in Covered Risk 11.
7.    Any lien on the Title for real estate taxes or assessments imposed by governmental authority and created or attaching subsequent to Date of Policy. This Exclusion does not modify or limit the coverage provided in Covered Risk 11(b) or 25.
8.    The failure of the residential structure, or any portion of it, to have been constructed before, on or after Date of Policy in accordance with applicable building codes. This Exclusion does not modify or limit the coverage provided in Covered Risk 5 or 6.
9.    Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that the transaction creating the lien of the Insured Mortgage, is
   - (a)    a fraudulent conveyance or fraudulent transfer, or
   - (b)    a preferential transfer for any reason not stated in Covered Risk 27(b) of this policy.
10.    Contamination, explosion, fire, flooding, vibration, fracturing, earthquake, or subsidence.
11.    Negligence by a person or an Entity exercising a right to extract or develop minerals, water, or any other substances.

# STATEMENT OF INFORMATION

| CONFIDENTIAL - TO BE USED ONLY IN CONNECTION WITH ORDER NO.: 19-300936, ESCROW NO.: 19-300936 AND PROPERTY ADDRESS: 1406 WEST 106TH STREET, LOS ANGELES, CA 90047 |
|---|

| 1. IMPROVEMENTS: ☐ NONE/VACANT LAND ☐ SINGLE RESIDENCE ☐ MULTIPLE RESIDENCE ☐ COMMERICAL |
|---|
| 2. OCCUPIED BY: ☐ OWNER ☐ TENANTS |
| 3. CONSTRUCTION WITHIN LAST 6 MONTHS? ☐ YES ☐ NO |
| IF YES, INDICATE WORK DONE: |

| PARTY 1 | PARTY 2 |
|---|---|
| FIRST          MIDDLE ☐ NONE          LAST | FIRST          MIDDLE ☐ NONE          LAST |
| FORMER LAST NAME(S), IF ANY | FORMER LAST NAME(S), IF ANY |
| BIRTHPLACE          BIRTH DATE | BIRTHPLACE          BIRTH DATE |
| SOCIAL SECURITY NUMBER          DRIVER'S LICENSE | SOCIAL SECURITY NUMBER          DRIVER'S LICENSE |
| NAME OF FORMER SPOUSE/REGISTERED DOMESTIC PARTNER | NAME OF FORMER SPOUSE/REGISTERED DOMESTIC PARTNER |

| MARRIAGE |
|---|
| ☐ SINGLE          ☐ MARRIED          ☐ UNMARRIED          DATE OF MARRIAGE/DIVORCE: _____ |

**PARTY 1**

**RESIDENCES FOR LAST 10 YEARS**

| ADDRESS | CITY | STATE | FROM (DATE) TO (DATE) |
|---|---|---|---|
| ADDRESS | CITY | STATE | FROM (DATE) TO (DATE) |
| ADDRESS | CITY | STATE | FROM (DATE) TO (DATE) |

**OCCUPATIONS FOR LAST 10 YEARS**

| OCCUPATION | FIRM NAME | ADDRESS | NUMBER OF YEARS |
|---|---|---|---|
| OCCUPATION | FIRM NAME | ADDRESS | NUMBER OF YEARS |

**PARTY 2**

**RESIDENCES FOR LAST 10 YEARS**

| ADDRESS | CITY | STATE | FROM (DATE) TO (DATE) |
|---|---|---|---|
| ADDRESS | CITY | STATE | FROM (DATE) TO (DATE) |
| ADDRESS | CITY | STATE | FROM (DATE) TO (DATE) |

**OCCUPATIONS FOR LAST 10 YEARS**

| OCCUPATION | FIRM NAME | ADDRESS | NUMBER OF YEARS |
|---|---|---|---|
| OCCUPATION | FIRM NAME | ADDRESS | NUMBER OF YEARS |

**THE UNDERSIGNED DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON _____ (DATE), AT_____ (CITY).

BY _____     BY _____

HOME TELEPHONE: _____     HOME TELEPHONE _____

BUSINESS TELEPHONE _____     BUSINESS TELEPHONE _____

EMAIL_____     EMAIL_____

## Disclosure to Consumer of Available Discounts
## Pursuant to California Code of Regulations Section 2355.3

In compliance with Section 2355.3 of the California Code of Regulations, if the current transaction involves an improved, one-to-four family, residential dwelling, the proposed insured may be entitled to certain cost reductions and/or discounts in their title insurance premiums and/or settlement service charges, pursuant to the programs listed below, and as further described in the Company's current Schedule of Rates and Rules for the State of California, currently on file with the California Department of Insurance. The reductions and/or discounts available are:

| | |
|---|---|
| Electronic Commerce | Expedited/Electronic Refinance Rates |
| Group Title Discount Program | Lender Special Rates 1, 2, 3 |
| First Time Buyer(s) | Limited Escrow Rates |
| Senior Citizen Rate | Home Equity Escrow Rate |
| U.S. Military Rate | REO Escrow Rate |
| Consumer Direct Rates | Group Rate Escrow Discount |
| Disaster Loans | |

Application of the Reductions and/or Discounts listed above shall be governed by the rules and requirements set forth in the Schedule of Rates and Rules on file in the office of the California Insurance Commissioner. Multiple programs may or may not be applied. Pursuant to the above referenced California Code of Regulations Section, neither provision nor acceptance of this form shall constitute a waiver of the consumer's right to be charged the filed rate.

With the receipt of the Preliminary Report to which this Disclosure Form is attached, the proposed insured acknowledges that they have been notified that they may be entitled to certain cost reductions and/or discounts, as listed above and as more particularly described in the Company's Schedule of Rates and Rules, currently on file in the office of the Insurance Commissioner of the State of California.



WFG National Title Insurance Company
a Williston Financial Group company

## ABOUT YOUR PRIVACY

At WFG, we believe it is important to protect the privacy and confidences of our customers. This notice is intended to explain how we collect, use, and protect any information that we may collect. It will explain the choices you may make about the use of that information.

### What Information Do We Collect About You?

We collect certain types of information about you. This may consist of:

- Your name, address, and telephone number.
- Your email address.
- Your social security or government ID numbers.
- Your financial information.

We collect this information from:

- The application or other forms you fill out with us.
- The correspondence you and others direct to us.
- Our transactions with you.
- Others involved in your transaction, including the real estate agent or lender.

In some cases, we collect information from third parties. For instance, we may receive real estate information from local assessor's offices.

### How Do We Use This Information?

We use the information we collect to respond to your requests. **WE DO NOT SHARE** your information with other companies.

### How Can You "Opt Out?"

We do not share your information so there is no need to opt out.

### The information We Collect About You On Our Website

When you enter our website, we automatically collect and store certain information. This consists of:

- Your IP Address
- (Internet Protocol Address) and domain name.
- The type of browser and operating system you use.
- The time of your visit.
- The pages of our site you visit.

If you register with us or fill out an on online survey, we will collect additional personal information, such as your name, telephone number, email address and mailing address.

### Cookie Usage

In order to provide you with customized service, we make use of "cookies." Cookies are essentially files that help us identify your computer and respond to it. You may disable cookies on your own computer, but you may not be able to download online documents unless cookies are enabled.

### How We Use Information

The information we collect concerning:

- Your browser
- The time and date of your visit
- The web pages or services you accessed

is used for administrative and technical purposes. For instance, we may use it to count the number of visitors to our site and determine the most popular pages. We may also use it to review types of technology you are using, determine which link brought you here, assess how our advertisements on other sites are working, and to help with maintenance.

We use information contained in your emails only for the purpose of responding to those emails. If we ask you to fill out any forms or surveys, we will use the information we receive only for the specific purposes indicated in those forms or surveys.

### Your Right to See and Correct Information

If you wish to see the information collected about you, please contact your settlement agent.

### Children's Policy

We do not knowingly collect information from children under the age of 18. We delete any information that we discover has been provided by children.

### Security

#### --Generally

We make every effort to protect the integrity of your information. Any personal information you enter into online forms or surveys will be encrypted to ensure it remains private. We limit the right of access to your information to employees that need to use the information to respond to or process your request or transaction. We also take industry standard (IPSEC) measures to protect our sites from malicious intrusions or hacking.

#### --Phishing and Pretexting

As you know, consumers are increasingly targeted by unscrupulous persons attempting to acquire sensitive personal or financial information, by impersonating legitimate businesses. We will never send you an unsolicited email or other communication requesting your private information. If you receive a communication directing you to enter your personal information, please disregard the instruction and contact us immediately at Compliance@wfgnationaltitle.com.

### Oregon Residents

We may not disclose personal or privileged information about you unless we provide you with a disclosure authorization form that is executed by you or your representative and otherwise complies with certain statutory requirements. Any such authorization is not valid for more than 24 months and may be revoked by you at any time, subject to the rights of anyone who relied on the authorization prior to your notice of revocation.

In addition, if your personal or privileged information was collected or received by us in connection with a title insurance transaction, we cannot disclose such information if the disclosure authorization form that you executed is more than one year old or if the requested disclosure is for a purpose other than a purpose expressly permitted by statute.

You have the right at any time to request in writing access to recorded personal information about you that is reasonably described by you and reasonably available to us. Within 30 days of the date of our receipt of any such written request from you, we will inform you of the nature and substance of any such information, permit you to see and copy that information or obtain a copy by mail, disclose the identity, if recorded, of the persons to whom we have disclosed such information during the previous two years, and provide you with a summary of the procedures by which you may request that such information be corrected, amended or deleted.

**Do Not Track**

Because there is not an industry-standard process or defined criteria to permit a user to opt out of tracking their internet access (Do Not Track or DNT), we do not currently respond to the various DNT signals.

**How to Contact Us**

If you have any questions about our privacy policy, please contact WFG:

- By email: Compliance@wfgnationaltitle.com
- By telephone: 800-385-1590
- By fax: 503-974-9596
- By mail: 12909 SW 68th Pkwy, Suite 350, Portland, OR 97223
- In person: 12909 SW 68th Pkwy, Suite 350, Portland, OR 97223

**WFG FAMILY**

WILLISTON FINANCIAL GROUP LLC
WFG NATIONAL TITLE INSURANCE COMPANY
WFG LENDER SERVICES, LLC
WFGLS TITLE AGENCY OF UTAH, LLC
WFG NATIONAL TITLE COMPANY OF WASHINGTON, LLC
WFG NATIONAL TITLE COMPANY OF CALIFORNIA
WFG NATIONAL TITLE COMPANY OF TEXAS, LLC D/B/A WFG NATIONAL TITLE COMPANY
UNIVERSAL TITLE PARTNERS, LLC
VALUTRUST SOLUTIONS, LLC
WILLISTON ENTERPRISE SOLUTIONS & TECHNOLOGY, LLC
WFG NATIONAL TITLE COMPANY OF CLARK COUNTY, WA, LLC D/B/A WFG NATIONAL TITLE
INLAND PROFESSIONAL TITLE LLC D/B/A WFG NATIONAL TITLE COMPANY OF EASTERN WA
WFG NATIONAL TITLE COMPANY OF COLORADO



ASSESSOR'S MAP
COUNTY OF LOS ANGELES, CALIF.



TRACT NO. 2754
M. B. 33 - 59

CODE
1220

FOR PREV. ASSMT. SEE: 318 - 28

6059 | 16
CALE 1" = 80'

Borrowers, buyers and sellers are targets for wire fraud. To avoid becoming a victim, never trust wiring instructions or changes to wiring instructions sent via email. Always call your WFG escrow officer at a known phone number to confirm wiring instructions prior to wiring any funds.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

 WFG National Title Insurance Company·
*a William Financial Group company*

# WFG BULLETIN



## SB2 IS EFFECTIVE JANUARY 1, 2018.
## THIS AFFECTS RECORDING FEES UP TO $225 PER TRANSACTION

The California Legislature passed and the Governor signed Senate Bill 2, Chapter 2.5 of the Statutes of 2017 changing effective January 1, 2018, recordable documents may be charged a fee to support the Building Homes and Jobs Act.

The bill imposes a mandate on County Recorders to charge an additional $75 at the time of recording every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each transaction per parcel of real property, not to exceed $225.

Documents believed to be exempt from paying the $75 Building Homes and Jobs Act fee must have an exemption on the face of the document when submitted for recording. The following exemptions which may apply include:

- GC 27388.1 (a) (2) - documents recorded concurrently "in connection with" a transfer subject to documentary transfer tax (DTT);
- GC 27388.1 (a) (2) - documents recorded concurrently "in connection with" a transfer of real property that is owner occupied residential dwelling;
- GC 27388.1 (a) (1) - documents recorded concurrently "in connection with" a transfer in which fee cap of $225 has been already reached; or,
- GC 27388.1 (a) (1) - documents not related to real property.

Failure to declare an exemption will result in imposition of the $75 Building Homes and Jobs Act fee. Fees collected are deposited to the state and may not be available for refund.

On the reverse is a fee grid describing how the fee/tax is anticipated to be implemented in most counties. This fee grid does not include the usual existing recording fees. The notes at the bottom of the fee grid further define how most Recorder's Offices are expected to interpret "parcel" and "transaction." We would like to offer this information for those that need to prepare closing disclosures for transactions following December 31, 2017. We will provide further updates when possible.



WFG National Title Insurance Company®
a WFG Wilson Financial Group company

## WFG BULLETIN

# SB 2 - FEE GRID

### California Government Code § 27388.1 Buildings Homes and Jobs Act Fee Grid

| DOCUMENTS W/Exemption | |
|---|---|
| 1 document, 1 document title = $0<br>No DTT<br>TOTAL - $0 | All documents which have a valid exemption stated on the face of the document are exempt and NO fee will be assessed. |
| **INDIVIDUAL & CONCURRENT DOCUMENTS-DTT PAID** | |
| 1 document, 1 document title = $0<br>DTT Paid<br>TOTAL - $0 | Any document with paid DTT is exempt and NO fee will be assessed. |
| 4 documents each with 1 document title = $0<br>DTT Paid on one document<br>TOTAL - $0 | Any document(s) submitted in the same transaction "in connection with" documents that has DTT paid are exempt and NO fee will be assessed. |
| **INDIVIDUAL DOCUMENTS- NO DTT** | |
| 1 document, 1 document title = $75<br>No DTT<br>TOTAL - $75 | 1st title charged $75 includes any parcel |
| 1 document, 2 document titles = $150<br>No DTT<br>TOTAL = $150 | |
| 1 document, 4 document titles = $225<br>No DTT<br>TOTAL = $225 | $75 cannot be assessed on remaining documents, titles or parcels because the cap is reached. |
| **CONCURRENT DOCUMENTS** | |
| 3 documents, 3 document titles = $225<br>No DTT<br>TOTAL = $225 | |
| 4 documents, 5 document titles = $225<br>No DTT<br>TOTAL = $225 | $75 cannot be assessed on remaining documents, titles or parcels because the cap is reached. |
| **No CAP – Unrelated Documents** | |
| 5 documents—1 title each<br>No DTT, non-related, but sent in together,<br><br>TOTAL: $75.00 x 5 = $375.00 | Because these documents are unrelated, each will be charged the $75. For example, 5 lien releases mailed in together with 5 different names. |

#### NOTES:

1. The definition of a parcel is, "a piece of land of any size that is in one ownership." *(1984, American Institute of Real Estate Appraisers; The Dictionary of Real Estate Appraisal).* The Recorder does not have the ability to determine or dissect parcel information as this is not a function of the Recorder. As such, the County Recorders Association of California (CRAC) has determined the SB2 fee will be calculated as one parcel being the same as one transaction with the single charge of $75.

2. Transaction is defined and "refers to an instrument, paper or notice presented together and related to the same parties and property." *(CRAC)*