DECLARATION OF JEFFREY M. CHEMERINSKY

I, Jeffrey M. Chemerinsky, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I, along with Assistant United States Attorney Thomas F. Rybarczyk, represent the government in this case. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached as Exhibit A is a true and correct copy of a letter sent by the government to defense counsel on August 2, 2018.

3. Attached as Exhibit B is a true and correct copy of a letter sent by the government to defense counsel on August 27, 2018.

4. Attached as Exhibit C is a true and correct copy of a letter sent by the government to defense counsel on September 6, 2018.

5. Attached as Exhibit D is a true and correct copy of a letter sent by the government to defense counsel on October 5, 2018.

6. Attached as Exhibit E is a true and correct copy of a letter sent by the government to defense counsel on December 14, 2018.

7. Attached as Exhibit F is a true and correct copy of a letter sent by the government to defense counsel on February 7, 2019.

8. Attached as Exhibit G is a true and correct copy of a letter sent by the government to defense counsel on March 22, 2019.

9. Attached as Exhibit H is a letter defense counsel sent on March 25, 2019.

10. Attached as Exhibit I is a letter the government sent to defense counsel on March 25, 2019.

11. Attached as Exhibit J is a true and correct copy of a defense counsel sent to the government on April 9, 2019.

12. On July 17, 2019, I, along with AUSA Rybarczyk and United States Postal Inspection Service Inspectors Tristany L. Wagner and Jordan E. Lovelace, went to the No More Kinks Barbershop, 2105 1/2 W. Century Blvd., Los Angeles, CA. We interviewed Christopher Neloms. During this interview, Mr. Neloms said that he had no recollection of being with the defendant on February 1, 2018. Mr. Neloms said that although defendant did get his haircut on occasion by Mr. Neloms, Mr. Neloms had no memory of defendant being a customer on February 1, 2018. The interview was recorded and a copy of the recording has been produced to defense counsel in discovery.

13. On July 18, 2019, Postal Inspectors Wagner and Lovelace again went to the No More Kinks Barbershop. Inspectors Wagner and Lovelace again interview Mr. Neloms, who reiterated that he had no recollection of defendant being in the barbershop on February 1, 2018. In addition, Mr. Neloms provided inspectors an opportunity to review his appointment book. There was no record in the appointment book of any appointment with defendant on February 1, 2018. This interview was again recorded and a copy has been produced to defense counsel in discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Maui, Hawaii, on August 5, 2019.

*/s/ Jeffrey M. Chemerinsky*
JEFFREY M. CHEMERINKSY