Veronica Steele
PO Box 452024
Los Angeles, CA 90045

November 17, 2019

Honorable S. James Otero
350 W 1st Street
Los Angeles, CA 90012
Court RM 10 C

Dear Honorable Judge,

My name is Veronica Steele, the mother of Myron Crosby before I begin writing this reflection of Myron's character. I would first like to apologize on behalf of him being involved in this situation. As a mother I am appalled at these accusations due to how I raised him, I've always envisioned him to be successful because of his determination to be great. After the officers came to my home, Myron was notified about the news and he turned arranged to turn himself in.

He was raised in a home with my parents as a single mother and my father took the role of being a strong male role model in his life. My parents are from Waverly, Alabama and they relocated to California. He owned a gas station in Glendale, California and he taught Myron life skills, auto mechanics, taking him many places, shopping, camping and fishing. Once he got ill, I sent Myron to Maryland so he could live in a better environment, along with another strong role model my nephew that I raised that became a lawyer. After he graduated from Blake High School, Myron was accepted to the illustrious Howard University. But he was blessed with a son and he chose to attend a community college while supporting him. He had many professions, he worked at Home Depot, Ralphs, Lowes, paper routes, as well as, property management.

Once he retuned to California he quickly took interest into the Real Estate Market. With his proactiveness and determination he gained his Real Estate License, while pursuing business classes at Southwest College. As a single mother I am proud to say that my son has not been involved in any gang activity or drug abuse. He is my oldest son of three, he has a younger sister who is attending college and a younger brother who is in high school. Over that past nine months while he has been incarcerated, he has expressed that it is in fact an eye opening experience. Due to being away from family, missing out on milestones and etc.

Respectfully,
Veronica Steele,

Dae Davis
PO Box 452024
Los Angeles, CA 90045

November 17, 2019

Honorable S. James Otero
350 W 1st Street
Los Angeles, CA 90012
Court RM 10 C

Dear Honorable Judge,

Im addressing this letter to you about the defendant Myron Crosby. Who is also my older brother, a man of: dignity, accountability, intelligence and thoughtfulness. As I am writing this letter on his behalf, I am surprised about the accusations because they are out of his moral character. With that being said, Myron has always been someone I looked up to because he always made plans to succeed. He would always write out his life goals such as: obtaining a degree after transferring from a community college, selling million dollar homes under his real estate license, and etc.

As my older brother, we've always shared similar interests. As I am in college pursuing a Bachelor of Science in Economics, he has given me advice many times to better my future. We had a normal brother and sister relationship, we argued sometimes but we always made up in the end. And he will always be someone that I have a sense of connection to because he could see things in me that I couldn't see myself. He once told me that, "I don't like opening up to other people in fear of losing them." And he was right, my mother raised me in a single parent. Which takes a toll on my life from time to time, when I notice other people with their fathers. But that feeling of loss was always comforted by my caring older brother. Now with him being incarcerated that sense of relief soon went away.

It is my hope that you strongly take my letter in consideration during this trial. I respectfully ask for your compassion during this process.

Respectfully,<br>
Dae Davis,

To whom it may concern,

I am writing this letter on behalf of Myron Crosby, in the hopes that it will help you see a more positive image of the man that stands before the courts.

My name is Nichelle Hughes, and I am the Aunt of Myron Crosby, through extended family. I have been around throughout most of Myron's growing up and have witnessed first hand an absolutely brilliant, hard working young man. He has been a good brother, son, nephew and father, who always reaches out to help those around him. Myron is a very intelligent person, intrigued by knowledge, he has a thirst for becoming a self made success. Myron has always been the type of person who believes in working hard in finding ways to reach his goals. Hand outs are not favored by Myron, he believes a man should make his own way.

I am a Business Owner (Licensed Contractor) and a Community Activist (The Heart of a Giver) and Myron and I constantly talk about what we believe it takes to become successful in life. We also talk about different business adventures that would help us work not necessarily harder but smarter in becoming a success. Myron is not afraid of taking on jobs to provide for his family. From a youth to a young man into adulthood I've known Myron to have always held some type of job to provide for himself.

The charges I've heard brought against Myron do not match the person I know Myron to be, therefore, I would ask the court to have mercy and look at Myron's ( good )past of not

being a threat nor risk to society and grant him the opportunity to be released while awaiting trial. Also, to give him the opportunity to provide and be apart of his family's life.

Respectfully,

Nichelle Hughes

Nichelle.hughes@yahoo.com

# USC-Eisner Family Medicine Center at California Hospital
### An FQHC Residency Training Site

Dr. Ketia Lauren Brown, MD, MEd
6707 Springpark avenue #20
Los Angeles, California, 90056

October 20, 2019

To the Honorable Judge James Otero,

It is with sincerity and shock that I write this letter on behalf of Myron Crosby. I am surprised that Myron is in this situation and I feel it is my duty to present the character of this wonderful, young man. I have known Myron since he was 8 years old, when I became his home school tutor. The under-resourced public school he attended in south Los Angeles could not provide for all of his needs so I served as his reading instructor. As a former Los Angeles public school teacher, I was instantly impressed by his brilliance. The capacity of his mind to learn new things and remember details allowed us to discuss very sophisticated hypotheses and world events during his lessons. I watched Myron grow to discipline himself to sit for hours at a time without falling asleep or taking a break. Everyday Myron presented me with new information, analyses and questions on a vast array of topics that helped to put him ahead of his class when he matriculated at school.

As one of the friendliest and honest individuals I have ever met, the circumstances under which I write this letter are unexpected. Myron is lighthearted, caring and completely comfortable in a room of strangers because he is also funny, smart and respectful. I am certain his high level of morality and confidence is a direct result of the harsh conditions in which he was raised. Despite drug addiction, violence and limited socioeconomic opportunities, Myron has grown up to be a resilient and respected influencer of his generation. Myron is a vital asset to his family's household as well. He is the problem-solver so his mother and younger siblings look to him for his counsel and stability. As a physician from a community similar to Myron's, I know firsthand the importance of resilience. For this reason, I believe Myron's value is best served at home in his community, to continue his studies, while working to gain more experience and fulfilling his role as a reliable father, son, brother and contributing citizen.

I am certain Myron is resolute on putting this behind him and using this experience as motivation to achieve a new level of excellence. This letter serves to attest to his character in hopes that in determining the consequences in this case you will feel confident granting him leniency. Your consideration is humbly appreciated.

Sincerely,

Dr. Ketia Lauren Brown, MD, MEd

1400 South Grand Ave., Suite 101 • Los Angeles, CA 90015 • T: (213) 744-0801 • F: (213) 741-1423 • www.eisnerpedcenter.org


Keck School of
Medicine of USC
Department of Family Medicine


EISNER PEDIATRIC & FAMILY MEDICAL CENTER


California Hospital
Medical Center
A Dignity Health Member

July 15, 2019

Re: Detours Mentoring Group Inc

To whom it may concern:

I am writing this letter of character on the behalf of Myron Crosby.

I am the President of Detours Mentoring Group, Inc. and have known Myron for 8 years. I can confirm that he is a man of integrity, is dedicated to his community and his work ethics are undeniable. I notice Myron is always working to provide options to the youth in our community and urges them to steer clear of drugs, crime and violence. Myron has good moral character and has dedicated his life to giving back to his community.

I have always known Myron to treat his peers, the community and my staff with the utmost respect and courtesy. His involvement with the Prop 47 Reclassification Campaign has surpassed all my expectations. He has demonstrated leadership and responsibility of the best kind. Detours Mentoring Group is a little over 6 years old and they have accomplished many things. His expertise with the re-entry population is astounding and the advice he provides them will transform and empower the lives of many.

If you have any additional questions or require any additional information, please call me at the number listed below.

Thank you so much for your time and consideration!

Sincerely,

Ben Owens, President

Detours Mentoring Group, Inc.

(310) 864-9618

Tacotee134@yahoo.com

July 18th 2019

Hi my name is Winnetka Vaden I am the Founder and CEO of Community Reflections Inc.,located at 10020 South Western Avenue Los Angeles California 90047

I'm writing this character letter on behalf of Myron Crosby. I've known Myron's family all my life so I feel confident in writing this letter with regards to his current incarceration.

Myron's mother comes from a large family, they've had a lot of tragedy through the years. When she gave birth to Myron she chose to raise him with different standards and expectations.

Watching Myron growing up most people would have thought he was a nerd but he was just dedicated to his schooling and pursuing his education that would allow him to be a productive working citizen.

I've always admired Myron because he was so persistent and dedicated into fulfilling his goals and dreams. He was always polite, courteous, and very committed to treating his elders with respect. I remember there were times when people would think Myron was weird because he was so dedicated into his studies and had no time to be out in the streets being involved in the streets which consists of drugs, gangs and the wrong crowds. This was unusual considering the neighborhood he was raised in and the family tradition that they had in the past. I really apreciated his mom because Myron could have been like any of these other kids that was on drugs and had no desire to pursue an education and want a good job.

I myself hasi been in and out of prison and I've always talked with Myron and he would look at me like when are you going to get it together. And when I did get it together I didn't have a problem sitting down talking with Myron because he was so inspirational, compassion and understanding about the lifestyle me and his auntie had lived which made him stronger and determined to want to make a difference to his upbringing and his future.

Myron is a very intelligent young man and I asked that the court would give him some consideration and compassion when it comes to his case. He is very educated a business entrepreneur and doesn't deserve to be behind bars everyone needs a second chance he's one it is a productive citizen.

Winnetka Vaden

323)674-4376

1

July 18, 2019


To whom it may concern:


I am writing this letter on behalf of Myron Crosby. I have known Myron for 20+ years now. We had the opportunity of meeting when he was very young. Myron's family & my family were neighbors, hence he grew up with my nephews. They played together weekly & Myron was always at my house. The several years & love connecting all of us has cultivated family as opposed to neighbors.

Over the years I've had the pleasure of watching him grow & become an outstanding young man. Although he and my nephews are no longer adolescents, I would still see Myron frequently around our neighborhood or he would stop by our home just to visit and ensure things were well. He would share his goals, the many amazing things that were evolving in his life and career opportunities being offered. Myron was always building himself and working on self improvement. There was always a book within his hand as he is aware that knowledge is essential.

I've watched him take a proactive approach in being a role model for his siblings. The development, growth, education and structure of their lives and future success is so important to Myron. His diligent interaction with them as well as those within our community is admirable and well respected. Myron makes such a significant difference in the lives he touches. Despite neighborhood obstacles, opinion of others, stereotypes and odds against him; he has always thrived.

Myron Crosby is a excellent role model and a young man of good moral character. I can confirm that he is a man of great integrity, dedicated to his family, the youth, higher education and his work.

If you need any additional information please do not hesitate to contact me directly at anytime.


Kind Regards,
LaKeshia Jones
(323) 459-2427

Randolph Carr
10316 S. Hobart Blvd
Los Angeles, Ca 90047


7-18-2019

RE: Myron Crosby

To The Honorable Judge,


The man before you, Myron Crosby, I've known since we were toddlers; he is my god-brother and one of my closest confidants. In speaking to his character, I'm not speaking from one-side, from one point in time. I'm speaking about the Myron Crosby, the child and the man, who has proven to be of exceptional character: passionate, willing, and always curious. Though these words may seem out of place or at odds with the image that comes before the court in the form of State's evidence, it is the truth and, your honor, I hope that you might consider Myron, as we, his family, see him.

There are few willing and driven to learn as quickly and determinedly as Myron. When we were young, I remember him once sharing with me his difficulty reading. We talked and talked and eventually he asked me for some books. He wasn't getting the kind of support he needed in school. I gave him Machiavelli's The Prince, Adam Smith's The Wealth of Nations, and Napoleon Hill's Think and Grow Rich.  We spent hours debating and learning and still to this day, whenever we are together, he is quoting one of these books, raising questions and reflecting. I share this because it is a Myron that so few people actually see or know, but it is Myron. He is not content with being mediocre. He will see a challenge and he will learn to overcome it.

When he first began working with a real estate firm some years back, it seemed a jump out of nowhere. For some years, he had been working at Home Depot. He would share about his desire to own and operate a legitimate business, to be able to provide for his family-- his young son and young siblings – and to live a life as a model for what's possible with focus and clarity. Myron hasn't always had the odds in his favor. He has taken adversity, life's lemons, and has always made the most of it, with his characteristic laugh and knowing smile.

It is troubling to think that Myron's first criminal case is a case of such serious consequence. Already, our family feels the weight of Myron's absence. Beyond being a provider and a motivator, Myron is our glue. Everything Myron is oriented around and for is family. If there is a reason to move with haste, for Myron, it is knowing his sweat will be anther's joy.

In our last conversation, Myron mentioned how envious he was that he was never able to go to college, like I had. He shared with me his desire to work himself into business school or law school. These words, from some, would seem like mere dreams. However, time and time again, Myron has turned a dream into a reality.  With careful consideration, you might see Myron, too, for who he is and, undoubtedly, if given the chance, who he will be.

Respectfully,

Randolph Carr III

July 15, 2019

To Whom It May Concern:

I have been asked to write this character letter in behalf of Myron Crosby whom was one of my students at Los Angeles Southwest College. Myron was one of my outstanding student, I have found him to be dependable, creative and reliable.

Myron is a self motivated individual who independently identifies problems areas, researches and seeks solutions and produces outcomes. In addition to his studies, Myron worked in community outreach and recruitment programs and various community organizations to develop and implement programs and employment opportunities in vocational areas such as computer technology.

Myron is outgoing and zealously works well with committees and groups. He is a valuable asset to his community. His energy, enthusiasm, and passion are evident once he commits himself to a project program or outcome.

I was in shock when I was told he had been arrested. This is not the Myron I know. I ask that you acknowledge this letter with compassion because this is not the type of person I've known Myron to be.

If you need additional information, please feel free to contact me by e-mail at mccantd@lasc.edu.

Respectfully submitted,

*Dr. D. McCants-Reed*

Dr. D. McCants-Reed
Adjunct Instructor
Los Angeles Southwest College

1



Eagles Mortgage Co Inc
7320 Firestone Blvd #206
Downey CA 90241
562-287-3400
562-927-6811

Re: Myron Crosby

07/16/2019

To Whom It May Concern:

     I have had the pleasure to know and work with Myron Crosby since 2012. He was a young man looking to gain knowledge and get into the Real Estate and Finance Field. He was a fast learner and earned his Real Estate License in 2015. I worked with him closely and knew him to be an honest, articulate, ethical and very engaging young man. He was instrumental in either putting a number of thankful homeowners into homes, selling their homes or assisting them with refinancing their home. His character in my opinion in working with him was that of a man who cared about his work, he cared about doing the most he could for his clients and ensuring they had an ally in navigating the treacherous waters of Finance and Real Estate. It has been my honor and pleasure to work with him and have him work for me. Although I was instrumental is showing him and teaching him about this world, his character, skill and sensitivity to the human condition allowed him to do well with his clients and employees alike.  If you have any questions I can be reached at 562-287-3400.

Sincerely,

David Jennings
President/CEO





EQUAL HOUSING
LENDER

Eagles Mortgage Company Inc. is licensed by the Department of Corporations under the California Residential Mortgage Lending Act and holds a California Finance Lender License (60313734) and a Corporation Real Estate Brokers License (01451173). Refer to http://www.eaglesmortgageinc.com to see where Eagles Mortgage Company Inc. is a licensed lender. In all states, the principal licensed office of Eagles Mortgage Company Inc. is 7320 Firestone Blvd., Suite 206 Downey, CA 90241; Phone: (562) 287-3400.

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate(DRE) database at
the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also,
the license information provided includes formal administrative actions that have been taken against licensees pursuant to the
Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information.
Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass
mailing purposes.
Some historical disciplinary action documents may not be in compliance with certain accessibility functions. For assistance with
these documents, please contact the Department's Licensing Flag Section.

License information taken from records of the Department of Real Estate on 7/19/2019 4:56:36 PM

| | |
|---|---|
| **License Type:** | SALESPERSON |
| **Name:** | Crosby, Myron |
| **Mailing Address:** | 1408 W 106 ST<br>LOS ANGELES, CA 90047 |
| **License ID:** | 01990535 |
| **Expiration Date:** | 11/09/19 |
| **License Status:** | LICENSED |
| **Salesperson License Issued:** | 11/10/15 |
| **Former Name(s):** | NO FORMER NAMES |
| **Responsible Broker:** | License ID: 01451173<br>Eagles Mortgage Company Inc<br>7320 FIRESTONE BLVD STE 206<br>DOWNEY, CA 90241 |
| **Comment:** | NO DISCIPLINARY ACTION |
| | NO OTHER PUBLIC COMMENTS |
| | >>>> Public information request complete <<<< |

July 22, 19

To whom It May Concern, my
name is Summer Hunter. I'm
currently an employee for
L. A. County Dept. of Mental
Health (20 yrs) and also a
very close friend of Myron
Crosby and his family.
I've been knowing Myron
since he was about 11 yrs.
old. He was always extremely
smart, never in trouble, and
alot of times he'll be by
himself reading.
   Myron is very good father
and a productive citizen.
This young man is not a person
that deserves to be away from
his Son and family. Your
leniacny in this matter would
be appreciated.

Sincerely,
Summer M. Hunter
(323) 718-6770

7 19 19

I will introduce myself as
Hakeem Carr, and the purpose
of my correspondence is to share
with you my understanding of
Myron Croslup' charachter.
I have known Myron all of
his life, and the Myron I know
has grown into a responsible and
respectful young man. Myron
has always been a diligent
student with respect to his
education, and a morally
responsible young man with
respect to his character, and
relationships concerning his

family and community. He
is a good son to his mother,
a good big brother to his
siblings, and a good friend
to his community.
  I know Myron furthered
his education after High School
by attending College, pursued
Real Estate and Business in
his professional life. He is a
young man who has never been
engaged in the interaction with
the negative elements that
plague some of our communities.
He has always remained grounded
in pursuit of a life his family
and community can be proud

of. Myron has an opportunity to become a pillar of our community and society as a whole. I implore you to consider him as a young man, and how his current situation has the ability to impact the remainder of his life, along with the life of his young son. What would be the best outcome for a young man who has the tools to one day thrive in the community as a professional. What a beacon he could become to the rest of us all.

Sincerely
Hakeem Can
Community Liaison Director
His Sheltering Arms