# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

| | |
|---|---|
| Case No. CR18-468(A) SJO | Date: November 25, 2019 |

Present: The Honorable: S. James Otero, United States District Judge

| Stephen Montes Kerr | Debbie Gale | Thomas Rybarczyk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| (2) Myron Crosby | X | | Anthony Eaglin | | | X | N/A |

**PROCEEDINGS:**  **SENTENCING AND JUDGMENT**  [ ] Contested  [X] Non-Evidentiary
Day ___ (if continued from a prior hearing date)

- [ ] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.  [X] Refer to separate Judgment Order.
- [ ] Imprisonment for ___ years/months on each of count(s) _____
      Count(s) _____ concurrent/consecutive to count(s) _____
- [ ] Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
- [ ] Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
- [ ] Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
- [ ] ___ years/months Supervised Release/Probation imposed on count(s) _____
- [ ] consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
    - [ ] Perform ___ hours of community service.  [ ] Pay ___ fine amounts & times determined by P/O.
    - [ ] Serve ___ in a CCC/CTC.  [ ] Make $___ restitution in amounts & times determined by PO.
    - [ ] Participate in a program for treatment of narcotic/alcohol addiction.
    - [ ] Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    - [ ] Other conditions:
- [ ] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
- [ ] Pay $_____ per count, special assessment to the United States for a total of $_____
- [ ] Imprisonment for ___ months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
- [ ] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
- [ ] Defendant informed of right to appeal.
- [ ] ORDER sentencing transcript for Sentencing Commission.  [ ] Processed statement of reasons
- [ ] Bond Exonerated  [ ] upon surrender  [ ] upon service of _____
- [ ] Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
- [ ] Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
- [ ] Issued Remand/Release # _____
- [ ] Present bond to continue as bond on appeal.  [ ] Appeal bond set at $ _____
- [ ] Filed and distributed judgment. ENTERED.
- [X] Other  Victims A.A. and B.H. address the court.

cc:

: 45
Initials of Deputy Clerk  SMO

CR-90 (05/15)  Criminal Minutes – General  Page 1 of 1